IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL C. VINCENT,

    Plaintiff,

vs.                               CASE NO.: 3:10cv217/MCR/MD

SANTA ROSA COUNTY SCHOOL
DISTRICT,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 1, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendants' motion to dismiss (doc. 14) is GRANTED as follows:

(1) The claims against defendant Joyce McCorvey are dismissed with prejudice and Ms. McCorvey is dismissed as a defendant in this action.

(2) The plaintiff's ADA claim against the District is dismissed without prejudice and this case is referred back to the undersigned for further proceedings with respect to plaintiff's claims against the District.

**DONE AND ORDERED** this 6th day of December, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**